FILED

12/30/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0417

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0417

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TRINA ROE,

      Defendant and Appellant.

## ORDER

Upon consideration of the State's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 10, 2025, within which to prepare, serve, and file its response brief.

CLG

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 30 2024